277 So.2d 109

In re David Lee MILES, alias

v.

STATE.

Ex parte David Lee Miles, alias.

SC 332.

Supreme Court of Alabama.

April 26, 1973.

W. F. Horsley, Samford, Torbert, Denson & Horsley, Opelika, for petitioner.

No brief for the State.

MERRILL, Justice.

Petition of David Lee Miles for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Miles, alias v. State, 50 Ala.App. 72, 277 So.2d 107.

Writ denied.

HEFLIN, C. J., and HARWOOD, MADDOX and FAULKNER, JJ., concur.